UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN BUSTILLOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERNANDEZ, et al.,<br><br>　　　　Defendants. | No.  1:23-cv-01365-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　On October 30, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 8.)

　　　In lieu of filing an amended complaint, Plaintiff filed a motion to dismiss on November 13, 2023.  (ECF No. 9.)  On November 14, 2023, the Court denied, without prejudice, Plaintiff's motion to voluntarily dismiss the action, stating "[i]nasmuch as Plaintiff's motion to dismiss is contingent upon the filing fee payment, Plaintiff's motion to voluntarily dismiss the action is denied, without prejudice, to re-filing if so desired."  (ECF No. 10 at 2.)

///

///

///

1

To date, Plaintiff has not filed an amended complaint or a subsequent motion to voluntarily dismiss this action. Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall show cause within fourteen (14) days why this action should not be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute; and

2. Plaintiff's failure to comply with this order will result in a recommendation to a District Judge to dismiss this action for the reasons stated above.

IT IS SO ORDERED.

Dated: __December 11, 2023__          _____
                                       UNITED STATES MAGISTRATE JUDGE