UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN BUSTILLOS,<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ, et al.,<br><br>Defendants. | No. 1:23-cv-01365-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 13) |

Plaintiff Robert John Bustillos is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2023, the magistrate judge screened plaintiff's complaint, found no cognizable claim, and provided plaintiff thirty days to file an amended complaint. Doc. 8. Plaintiff failed to file an amended complaint[1] and, on December 11, 2023, the magistrate judge ordered plaintiff to show cause why the action should not be dismissed. Doc. 11. Plaintiff failed to respond to the order to show cause. Thereafter, on January 5, 2024, the magistrate judge

---

[1] On November 13, 2023, plaintiff filed a motion to voluntarily dismiss this action and requested that he not be charged the $350 filing fee. Doc. 9. The magistrate judge denied the motion to dismiss to the extent that it was contingent on plaintiff's request to stop the collection of the filing fee, which the court could not order. Doc. 10. The dismissal was without prejudice to the plaintiff refiling a motion to dismiss if desired. Doc. 10.

1

issued findings and recommendations recommending dismissal of the action for failure to comply with court orders, failure to prosecute, and failure to state a cognizable claim for relief. Doc. 13. The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days. *Id.* at 9. No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on January 5, 2024, Doc. 13, are ADOPTED IN FULL;
2. This action is DISMISSED for failure to comply with court orders, failure to prosecute, and failure to state a claim upon which relief can be granted; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 2, 2024

UNITED STATES DISTRICT JUDGE